# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that the Hon. Amy J. St. Eve has been designated to perform judicial duties in the U.S. District Court for the Northern District of Illinois, pursuant to Chief Judge Diane P. Wood's Order dated May 23, 2018; therefore

It is hereby ordered that Judge St. Eve is to remain assigned, 16 CV 3404, *Smith v. Burge et al.*

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rubén Castillo, Chief Judge

Dated at Chicago, Illinois this 23rd day of May, 2018