## DESIGNATION OF A CIRCUIT JUDGE
## FOR SERVICE IN A DISTRICT COURT WITHIN HER CIRCUIT

---

I designate and assign the Honorable Amy J. St. Eve to perform the duties of district judge in the United States District Court for the Northern District of Illinois from May 23, 2018 through December 31, 2018, and for such additional time as may be required to complete unfinished business heard during this period. 28 U.S.C. §294(c).

Diane P. Wood, Chief Ju dge
Court of Appeals for the Seventh Circuit

Dated: May 23, 2018