IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALONZO SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16 C 03404 |
| | ) | |
| vs. | ) | |
| | ) | Judge Amy J. St. Eve |
| FORMER CHICAGO POLICE DEPARTMENT | ) | |
| COMMANDER JON BURGE, et al., | ) | |
| | ) | Magistrate Judge Mary M. Rowland |
| Defendants. | ) | |

## NOTICE OF MOTION

**To:** All counsel of record

**Please take notice** that on May 23, 2018 I filed <u>Motion for Leave to Withdraw as Attorney for</u> Defendants Jon Burge, John Byrne and Peter Dignan.
using the Court's electronic filing system. A copy of the filed motion was served upon you electronically.
I shall appear before the Honorable Judge Aspen on **Tuesday, May 29, 2018 at 8:30 AM** to present this motion.

                                                                             Respectfully submitted,
                                                                             */s/ Matthew Hurd*
                                                                             Matthew Hurd
                                                                             Hale Law LLC
                                                                             53 W. Jackson, 330
                                                                             Chicago, IL 60604
                                                                             (312) 341-9646
                                                                             Attorney No. 6191532

### Certificate of Service

I, the undersigned attorney, certify that I filed the foregoing motion using the Court's electronic filing system. As a result, copies of the filed document were served upon all counsel of record. I further certify that a courtesy copy of the filed document may have been provided to the Court depending upon the Court's standing order.
                                                  */s/ Matthew Hurd*