# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALONZO SMITH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16 C 3404 |
| ) | |
| JON BURGE et al. ) | The Hon. Amy J. St. Eve |
| ) | |
| Defendants. ) | |

## ORDER

Motions for leave to withdraw [191][192] are granted. Scott Jebson and Mohammed Khan are given leave to withdraw as counsel for defendants Burge, Byrne and Dignan.

**Dated:** June 12, 2018

**ENTERED**

_____
**AMY J. ST. EVE**
**Circuit Judge Sitting by Designation**