## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ALONZO SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16 C 03404 |
| | ) | |
| vs. | ) | |
| | ) | Judge Amy J. St. Eve |
| FORMER CHICAGO POLICE DEPARTMENT COMMANDER JON BURGE, et al., | ) ) | Magistrate Judge Mary M. Rowland |
| | ) | |
| Defendants. | ) | |

## STATUS REPORT RE: JON BURGE DEPOSITION

Defendant Jon Burge, by and through his undersigned counsel, hereby provides the following status report:

1. At the status hearing on July 19, 2018, this Honorable Court ordered a status report to be filed by July 23, 2018, indicating whether or not Mr. Burge will be produced for his deposition.

2. Undersigned counsel hereby reports he will not be producing Mr. Burge for his deposition.

Date July 23, 2018                                     Respectfully submitted,

By:   /s/ Andrew M. Hale
One of the Attorneys for Defendant Jon Burge

Andrew M. Hale
Amy A. Hijjawi
Jennifer Bitoy
HALE LAW LLC
53 W. Jackson Blvd., Suite 330
Chicago, IL  60604
(312) 341-9646

**CERTIFICATE OF SERVICE**

        I, Andrew M. Hale, an attorney, hereby certify that on July 23, 2018, I electronically filed the above Status Report Re: Jon Burge Deposition with the Court's CM/ECF system, which simultaneously sent an electronic copy of the same to all counsel of record.

        /s/ *Andrew M. Hale*