

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                                                                  312-435-5670
**Clerk**

Date:                                                                                   Case Number:

Case Title:                                                                             Judge:

## NOTICE OF CORRECTION

The following errors/deficiencies have been identified in document # [            ].

☐  The document is on the incorrect case. (If this is a motion, the docket clerk has termed the motion)

☐  The document is on the correct case but the case number and title do not match.

☐  The incorrect document [pdf] was linked to the entry.

☐  The incorrect file date was entered.

☐  The incorrect event was used. The title of the document does not match the text of the entry.

☐  The entry is a duplicate of entry [      ].

☐  Other:


**Corrective action taken by the Clerk:**

☐  The text of the entry has been replaced with *Entered in Error*.

☐  The following notation has been added to the text of the entry: *Linked document has the incorrect case title,* or, *Linked document has the incorrect case number*.

☐  The correct document [pdf] has been re-filed.

☐  The file date has been corrected.

☐  The text of the entry has been edited to reflect

☐  The text of the entry has been edited to read, *Duplicate filing of document number [  ]* .

☐  Other:


**Corrective action required by the filer:**

☐  Counsel must re-file the document

☐  Other:

                                                                                Thomas G. Bruton, Clerk
                                                                                By: /s/
                                                                                        Deputy Clerk

Rev. 8/13/18