# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALONZO SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JON BURGE, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 1:16-cv-03404 |

## BOB HERCULES' MOTION TO VACATE THE NOVEMBER 19, 2025 STATUS HEARING

Intervenor BOB HERCULES, by his counsel LOEVY & LOEVY, respectfully moves that the Court vacate the November 19, 2025 status hearing. ECF No. 325. In support, HERCULES states that he filed a Notice of Appeal to the United States Court of Appeals for the Seventh Circuit on October 24, 2025, from the Court's September 24, 2025, memorandum and order. ECF Nos. 320, 326. Accordingly, HERCULES respectfully requests that the November 19, 2025 status hearing be vacated.

        RESPECTFULLY SUBMITTED,

        /s/ *Shelley Geiszler*

        _____

        Attorneys for Intervenor
        BOB HERCULES

Matthew Topic
Stephen Stich Match
Shelley Geiszler
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

## CERTIFICATE OF SERVICE

I, Shelley Geiszler, an attorney, hereby certify that on November 14, 2025, I caused the foregoing Motion to Vacate the November 19, 2025 Status Hearing to be served on all counsel of record via the Court's CM/ECF system.

        */s/ Shelley Geiszler*